FILED

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name _ORTEGA_ _LAZARUS_ _____
     (Last)     (First)     (Initial)

Prisoner Number _F23334_

Institutional Address _P.O. BOX 290066, REPRESA_
_CA 95671_

===============================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**C 07 4436**

_LAZARUS A. ORTEGA_ _____
(Enter the full name of the
plaintiff in this action)

Case No. _4:06-CV-06982-SBA_
(To be provided by the clerk
of court)

**SBA**     **(PR)**

vs.

_ALAMEDA County Sheriff Deputy_
_GIAMALVO - (First Name Unknown_
_at this time.)_

COMPLAINT UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C § 1983

_____
(Enter the full name of the
defendant(s) in this action)

    All questions on this complaint form must be answered in order
for your action to proceed.

I.     Exhaustion of Administrative Remedies

    **Note:** You must exhaust your administrative remedies before
your claim can go forward. The court will dismiss any
unexhausted claims.

    A.    Place of present confinement _SACRAMENTO Folsom State Prison_

    B.    Is there a grievance procedure in this institution?
        YES (X)     NO ( )

    C.    Did you present the facts in your complaint for review
        through the grievance procedure?   YES (X)    NO ( )

1

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1.  Informal appeal *Not Available.; check Exhibit 2(a)*

2.  First formal level " "

3.  Second formal level " "

4.  Third formal level " "

E.  Is the last level to which you appealed the highest level of appeal available to you?  YES (X)    NO (  )

F.  If you did not present your claim for review through the grievance procedure, explain why. *Grievances were destroyed and tampered with, so plaintiff forwards complaint to Internal Affairs(see Exhibit I) on P8. cont. on next 2(a)*

II.  Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A.  *LAZARUS ORTEGA #F23334 - CSP-SAC*
*P.O. BOX 290066*
*REPRESA, Ca. 95671*

Write the full name of each defendant, his or her official position, and his or her place of employment.

B.  *DEPUTY GIAMALVO of Alameda Co Sheriff Dept.*
*ALAMEDA County Sheriff's Office Litigation Division,*
*LAKESIDE Plaza, 1401 Lakeside Drive, 12th Floor*
*Oakland, Ca. 94612*

Exhaustion of Administrative Remedies (continued)

→ Case # 4:06-CV-06982-SBA check Exhibit (I) (on the next page) and it was dismissed for failure to Exhaust all Administrative remedies. I then wrote the Alameda Sheriffs Dept. for a copy of their grievance so that I may Exhaust Administrative Remedies according to 42 U.S.C. 1997(e). Upon doing or completing this request to re-file a grievance Alameda Co. Sheriffs Dept. refused to do so and sent me a notification on there reason, check Exhibit (II). Upon this notification I cannot file a grievance because the Alameda sheriffs Dept. will not send me a grievance, henceforth, all administrative remedies have been exhausted, and qualifying me to meet the P.L.R.A (Prison Litigation Reform Act) 42 U.S.C 1997(e) requirement.

2(a)

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

(I) CLAIM (w/ complaint continued of 3a)

The petitioner contends that on October 11th or 12th 2004 the Defendant Deputy Giumalvo at 0100hrs. was conducting a security round count and stopped in front of my cell door. I was standing at the door because I heard the pod door open. I had asked Deputy Giumalvo the defendant if I could see a psych or Doctor. The defendant asked while flashing his light if my cellmate was awake and for me to move out of the door's window so he could see my cellmate. I complied. Then the defendant opened my cell door and w/ his keys in his hands and having them poked out stepped towards me and poked me w/ his keys in my belly while asking me to step back. I pushed his keys off my belly and his keys fell to the floor. The defendant then instantaneously called the plaintiff a "motherfucker" and started punching me with closed fists in my face and upper body with striking blows for the force. I recall falling to the floor due to the fierce blows, I then recall covering my head w/ my hands while the defendant repeatedly kept striking w/ closed fist at my head fierce blows. I finally somehow

3

managed to grip the defendant and tried to push him away from me so I could run out of the cell. I was not able to get away from the defendant and at this point we started wrestling eachother. At this point we released eachother and now the defendant was blocking the cell door. The defendant then rushed me again with closed fist and we were now engaged in a fist fight. I was now very terrified that I was about to be murdered. Due to the densed cell space we ended back engaging in another wrestling match. The defendant was now able to get me in a death grip headlock. I started loosing consciosoness, and at this point I was fighting for my life. We both in the process of the strugle fell to the floor. Somehow the defendants flashlight was on the ground loose from his belt and the defendant reached for it and I tried to stop him, he finally got hold of it, and we started tussling over it, the defendant finally got a grip and with a mighty blow struck me over the head with it. I blanked out and fell unconsciousness then woke up with blood all over my face and shirt w/ shakles on my hands & feet in an empty holding cage. Later I was escorted to the hospital where the plaintiff received six stiches on his skull. This was almost 12hrs after the incident and I received no water or food for over 24 hrs and remained chained up for 15 hrs.

Date: 8-14-07          Signature: _____

3(a)

IV.    Relief

Your complaint cannot go forward unless you request specific relief.  State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Petitioner request Prayer's for relief in civil jury trial and any or all damages, injunctive relief, sanctions, appointment of counsel, and any other relief this court deems proper. And Monetary damages in the amount of 5,000,000.00 $ in the defendant's individual capacity. —

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___14th___ day of ___August___, ~~19~~ 2007

_____
(Plaintiff's signature)

**FILED**

APR 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS ORTEGA, | No. C 06-6982 SBA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GIAMALVO, | |
| Defendant(s). | |

The Court has dismissed this action without prejudice for failure to exhaust available administrative remedies. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: _4-24-07_

SAUNDRA BROWN ARMSTRONG
United States District Judge

*(vertical left margin)* United States District Court — For the Northern District of California

# Alameda County Sheriff's Office

Internal Affairs
1401 Lakeside Drive, 7ᵗʰ Floor, Oakland, CA  94612-4305

## Gregory J. Ahern, Sheriff

Coroner - Public Administrator - Marshal
Director of Emergency Services

510-208-9800

May 21, 2007

Lazarus D. Ortega #F23334
C.S.P-SAC/A-4-225
P.O. Box 290066
Represa, CA  95671

**Subject:**      **Citizen's Complaint**

Dear Mr. Ortega:

I have received your correspondence on May 21, 2007.  The matter about which you complain has been reviewed by Internal Affairs; as well as the Alameda County District Attorney's Office. Again, it was your actions in assaulting Deputy Giammalvo which prompted the use of force by Alameda County Sheriff's deputies.  Therefore, no Internal Affairs investigation will be conducted.

This information has been provided to you in previous correspondence.

Attached is a copy of the Judgment in which the Court dismissed your case against Deputy Giamalvo.

If you have any further questions, please feel free to call the Internal Affairs Office at 510-208-9800.

Sincerely,

Glenn T. Melanson, Captain
Internal Affairs Unit

GTM:JG:jdm
CitzCompMiscDone07-27

# PROOF OF SERVICE
C.C.P. §2015.5; 28 U.S.C. §1745

I, _Lazarus Ortega_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_C.S.P. Sac A-3-210_
_P.O. Box 290066_
_Represa, Ca. 95671_

On, _August 22, 2007_, I served the following documents:

_42. U.S.C 1993 Federal Complaint_

on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _Office of the Clerk_
_U.S. District Court_
_N.D. of California_
_450 Golden Gate Ave._
_San Francisco, Ca. 95671_

2.

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _August_ day of _the 22nd, 2007_, at California State Prison at Sacramento, Represa, California.

(Signature) _Lazarus Ortega_
Declarant