

LAZARUS D. ORTEGA #V23334
C.S.P. SAC || A-3-210
P.O. Box 290066
REPRESA, CA 95671

RECEIVED
AUG 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court Northern District
of California
450 Golden Gate Ave.
San Francisco, Ca 94102