FILED

07 AUG 28 AM 10: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F23334

LAZARUS ORTEGA Plaintiff,

vs.

Deputy Giamalvo Defendant.

CASE NO. 07 4436

PRISONER'S
APPLICATION TO PROCEED   SBA
IN FORMA PAUPERIS
(PR)

I, LAZARUS ORTEGA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _In 2001 Renacissance Co. Renovating Interior_
4  _Exterrior Victorian homes._
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.   Business, Profession or                    Yes ____ No _X_
9          self employment
10     b.   Income from stocks, bonds,                 Yes ____ No _X_
11         or royalties?
12     c.   Rent payments?                             Yes ____ No _X_
13     d.   Pensions, annuities, or                    Yes ____ No _X_
14         life insurance payments?
15     e.   Federal or State welfare payments,         Yes ____ No _X_
16         Social Security or other govern-
17         ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____N/A_____
21 _____

22 3.   Are you married?                               Yes ____ No _X_
23 Spouse's Full Name: __N/A__
24 Spouse's Place of Employment: __N/A__
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $__N/A__   Net $__N/A__
27 4.   a.   List amount you contribute to your spouse's support: $ __N/A__
28     b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS Case No.                              - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __None. N/A_____
4  _____
5  5.   Do you own or are you buying a home?           Yes ___ No _X_
6  Estimated Market Value: $__N/A____ Amount of Mortgage: $__N/A____
7  6.   Do you own an automobile?                     Yes ___ No _X_
8  Make ____N/A____ Year __" "__ Model __" "__
9  Is it financed? Yes __" "__ No _\\"" __ If so, Total due: $__" "__
10 Monthly Payment: $__N/A__
11 7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
12 Name(s) and address(es) of bank: __San Francisco B&A don't
13 know the address haven't heard from them since 2001.__
14 Present balance(s): $__100# to 200#__
15 Do you own any cash? Yes ___ No _X_ Amount: $__N/A__
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No _X_
18 __N/A__
19 8.   What are your monthly expenses?
20 Rent: $__N/A__         Utilities: __" "__
21 Food: $__" "__         Clothing: __" "__
22 Charge Accounts:
23 Name of Account           Monthly Payment           Total Owed on This Acct.
24 __"N/A, "__    $__"N/A "__    $__N/A__
25 _____    $_____    $_____
26 _____    $_____    $_____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)
PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS Case No.                        - 3 -

1     No.

2

3   10.    Does the complaint which you are seeking to file raise claims that have been presented in

4 other lawsuits?                          Yes ____ No ✕

5 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 they were filed.

7     N/A

8

9      I consent to prison officials withdrawing from my trust account and paying to the court the

10 initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand

12 that a false statement herein may result in the dismissal of my claims.

13

14   8-13-07

15      DATE                            SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No.            - 4 -

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _LAZARUS ORTEGA_ for the last six months at

[prisoner name]

_CSP-SACRAMENTO_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated: _8-16-07_                                   _[signature]_

[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _[signature]_
TRUST OFFICE

- 5 -

```
REPORT ID: TS3030                                              REPORT DATE: 08/16/07
                                                                       PAGE NO:    1
```

```
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 16, 2007

ACCOUNT NUMBER   : F23334                     BED/CELL NUMBER: FA3 2 000000010L
ACCOUNT NAME     : ORTEGA, LAZARUS DEVONE         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

## TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

```
                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                              -------
                                                               0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE