1  
2  LAZARUS D. ORTEGA (#F23334)  
3  C.S.P.-SAC \ A-YARD  
   P.O. BOX 290066  
4  REPRESA, CA 95671  
5  
6  __In Pro-Se__  
   Plaintiff as Attorney  
7  
8        UNITED STATES DISTRICT COURT  
9        NORTHERN DISTRICT of CALIFORNIA  
10  
11  LAZARUS ORTEGA           CASE No. C-07-4436-SBA  
12       PLAINTIFF,  
13                          AMENDED COMPLAINT  
14       V.                  FOR DAMAGES  
15  COUNTY of ALAMEDA        (42 U.S.C. § 1983)  
16       DEFENDANT.  
17  
18  
19         DEMAND FOR JURY TRIAL  
20  Plaintiff alleges:  
21  1. This is an action brought under 42 U.S.C. § 1983 to recover damages
22  against defendant for violation of Plaintiff's right to be free of
23  cruel and unusual punishment, guaranteed by the Eighth and Fourteenth
    Amendments to the United States Constitution.
24  2. The Jurisdiction of this Court is Predicated on 28 U.S.C. § 1331
25  and 1343.
26  3. Plaintiff, Lazarus D. Ortega, is, and at all times mentioned in
27  this complaint was, a citizen of the United States, and a Prisoner
28  

FILED  
FEB 19 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND  

Page 1

1  in the custody of the California Department of Corrections, at
2  Folsom State Prison, in Represa, California.
3  4. Defendant Deputy Giamalvo is, and at all times mentioned
4  in this complaint was, a resident of Alameda County, California.
5  Venue is therefore proper under 28 U.S.C. § 1391(b).
6  5. A substantial part of the events giving rise to this action
7  occurred in Alameda County, California. Venue is therefore
8  proper under 28 U.S.C. § 139(b).
9  6. Defendant was, at all times mentioned in this complaint,
10 an agent of the State of California, employed as a Sheriff
11 Deputy at Alameda County Jail.
12 7. Defendant was, at all times mentioned in this complaint
13 acting in the course and scope of his employment, as an
14 Alameda County Sheriff Deputy at Alameda County Jail.
15 8. Defendant was, at all times mentioned in this complaint, acting
16 under color of state law.
17 9. Defendant is sued in his Individual and official capacity.
18 10. The Plaintiff contends that on October 12, 2004 at 0100hrs the
19 Defendant Deputy Giamalvo.M was conducting a security
20 round count and stopped in front of my cell door. I was standing
21 at the door because Plaintiff heard the pod door open. Plaintiff
22 asked the defendant deputy Giamalvo. if he could see a
23 psyche or doctor. The defendant asked Plaintiff while flashing his
24 flashlight in Plaintiff's face if Plaintiff cellmate was awake and
25 for Plaintiff to move out of the way of the door window so he could
26 see my cellmate. (I) Plaintiff complied then the defendant opened
27 Plaintiff's cell door and w/ defendants keys in his hands and
28 having them pushed out, defendant then stepped towards Plaintiff
   and poked Plaintiff w/ his keys in the belly, while asking Plaintiff
   to step back. Plaintiff pushed his keys off his belly and the

Page 2.

defendants keys fell to the floor. The defendant then Instantaneously called the Plaintiff a motherfucker, and started Punching Plaintiff with closed fists in the face and upper body with striking blows of fource. Plaintiff then recalls falling to the floor due to the fierce blows. Plaintiff recalls then covering his head w/ his hands while the defendant repeatedly kept striking Plaintiff with closed fists on his head with fierce blows. Plaintiff finally somehow managed to grip the defendant and tried to push him away from Plaintiff, so Plaintiff could run out of the cell. Plaintiff was not able to get away from the defendant and at this point Plaintiff and defendant started wrestling eachother. At this point Plaintiff and defendant released eachother and now the defendant was blocking the cell door. The defendant then rushed Plaintiff again with closed fist and Plaintiff and defendant were now engaged in a fistfight. Plaintiff was now very terrified that he was about to be murdered. Due to the densed cell space Plaintiff and defendant ended back engaging in another wrestling match. The defendant was now able to get Plaintiff in a death grip head lock. Plaintiff started loosing consciosness, and at this point Plaintiff was fighting for his life. Plaintiff and defendant both in the process of the struggle fell to the floor. Somehow the defendants flashlight was on the ground loose from his belt and the defendant reached for it and I tried to stop him, defendant finally got hold of it, and Plaintiff and defendant started tussling over the flashlight the defendant finally got a firm grip on the flashlight and with a mighty blow struck Plaintiff over the head with it. Plaintiff blanked out and fell unconscios then awakened with blood all over his face and shirt w/ shakles on his hands and feet in an empty cell. Later, Plaintiff was escorted to the hospital where the Plaintiff received six stitches on his skull. This was almost 12 hrs. after the incident and Plaintiff no water or food for over 24 hrs. and remained chained for 15 hrs.

11. In acting as alleged in this complaint, defendant subjucated Plaintiff to unnecessary and wanton infliction of physical, injury, pain, and emotional distress.

12. In acting as alleged in this complaint, defendant violated Plaintiff's right to be free of cruel and unusual punishment, guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution.

13. As a direct and proximate result of defendant's actions, described in this complaint, Plaintiff has suffered injury, pain, and emotional and mental distress that Plaintiff received a 1½ inch laceration on top of his head which had to be closed by six stitches. As result of this injury, Plaintiff for months afterwards received numerous treatments for acute headaches upto the point of the removal of the stitches. Plaintiff suffered emotional distress and psychological injury to such a degree Plaintiff was removed from county jail and placed in Atascadero State Hospital for county outside treatment.

14. In acting as is alleged in this complaint, defendant acted knowingly, willfully, and maliciously, and with reckless and callous disregard for Plaintiff's federally protected rights.

15. Plaintiff exhausted available administrative remedies, by orginally filing a grievance on October 13th, 2004, and Plaintiff filed another grievance several weeks later in early November 2004. However, both grievances never received log tracking numbers, so Plaintiff wrote a letter to the District Attorney's Office about the Assault and Battery Plaintiff received from the defendant Deputy Giramalvo, also in this letter Plaintiff included a complaint about how Plaintiff wrote two seperate grievances and received no log or tracking numbers, and are not being processed. The District Attorney's Office forward the complaint to the branch of Internal Affairs. On April 26, 2005

Page 4

Internal Affairs concluded w/ their investigation [check Exhibit (a)]. Plaintiff then filed a 42.U.S.C. §1983 in Northern District court in November 2006 and received a court No. C-06-6982-SBA [check Exhibit (b)]. Plaintiff received an Order of Dissmissal without due Prejudice for failure to Exhaust all Administrative Remedies on April 26, 2007 [check Exhibit (c)]. Plaintiff then sent a letter to Alameda County Sheriffs department with a copy of the courts order of dissmissal without due Prejudice and with instruction to refile after Plaintiff exhaust all administrative remedies. So Plaintiff requested a grievance form from Alameda County Sheriffs department, and they replied on May 21, 2007 [check Exhibit (d)] stating that they will not investigate Plaintiffs grievance and refused to send Plaintiff a grievance form; thus Plaintiff satisfying P.L.R.A. (Prison Litigation Reform Act) 42 U.S.C. §1997(e) Prerequisite befor filing a 1983 complaint.

WHEREFORE, Plaintiff Prays Judgement against the defendant as follows:

1. For compensatory damages, in an amount to be determined according to Proof at Trial.
2. For Punitive damages, in an amount to be determined according to Proof at trial.
3. For costs of suit incurred in this action; and
4. For such other and further relief as the court deems Proper.

   2-13-08    [date]

Respectfully submitted,

By: _____

Plaintiff Attorney as Acting Pro Se  Lazarus D. Ortega

DEMAND FOR JURY TRIAL

Plaintiff Lazarus D. Ortega hereby demands a jury trial.

2-13-08 [date]

Respectfully submitted,

By *[signature]*

Plaintiff Acting as Attorney in Pro se *Lazarus D. Ortega*



# Alameda County Sheriff's Office

LAKESIDE PLAZA, 1401 LAKESIDE DRIVE, 12th FLOOR, OAKLAND, CA 94612-4305

CHARLES C. PLUMMER, SHERIFF
MARSHAL - CORONER - PUBLIC ADMINISTRATOR
DIRECTOR OF EMERGENCY SERVICES

510-208-9800

April 26, 2005

Lazarus Ortega (PFN BCO651)
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Subject: <u>Citizen's Complaint</u>

Mr. Ortega:

I have reviewed your recent correspondence responding to my letter of January 28, 2005. The matter about which you complain has been reviewed by Internal Affairs; as well as the Alameda County District Attorney's Office. Again, it was your actions in assaulting Deputy Giammalvo which prompted the use of force by Alameda County Sheriff's deputies. Therefore no Internal Affairs investigation will be conducted.

This information has been provided to you in previous correspondence.

Attached are copies of your recently filed grievances which clearly indicate that you received and signed for them. As you can see, you recent correspondence indicating that you did not get copies of your grievances in incorrect.

If you have any further questions, please feel free to call the Internal Affairs office at 510-208-9800.

Sincerely,

Charles C. Plummer
Sheriff/Coroner

Casey Nice, Captain
Internal Affairs Section

CCP:CN:dkh
CitzCompRec05-45

page 2(A)

Exhibit (b)

| | |
|---|---|
| 1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983** |

555 new

3  Name ORTEGA LAZARUS
4        (Last)          (First)          (Initial)
5  Prisoner Number F23334
6  Institutional Address C.S.P-SAC/B-8-227
7  P.O. Box 290066, Represa, Ca 95671

FILED
NOV -8 PM 12:94
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CA.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA
(Enter the full name of plaintiff in this action.)

vs.

deputy Giamalvo, and
District Attorney
John Brovhard, and John
doe
(Enter the full name of the defendant(s) in this action))

Case No. C 06 6982
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983**

SBA
(PR)

[*All questions on this complaint form must be answered in order for your action to proceed..*]

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement Prison/County Jail

B.  Is there a grievance procedure in this institution?
    YES (X)   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                - 1 -

Exhibit (C)

**FILED**

APR 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

    Plaintiff,

v.

GIAMALVO,

    Defendant(s).

No. C 06-6982 SBA (PR)

**JUDGMENT**

The Court has dismissed this action without prejudice for failure to exhaust available administrative remedies. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 4-24-07

SAUNDRA BROWN ARMSTRONG
United States District Judge

# Alameda County Sheriff's Office

Internal Affairs
1401 Lakeside Drive, 7th Floor, Oakland, CA 94612-4305

## Gregory J. Ahern, Sheriff

Coroner - Public Administrator - Marshal
Director of Emergency Services

510-208-9800

May 21, 2007

Lazarus D. Ortega #F23334
C.S.P-SAC/A-4-225
P.O. Box 290066
Represa, CA 95671

**Subject:** **Citizen's Complaint**

Dear Mr. Ortega:

I have received your correspondence on May 21, 2007. The matter about which you complain has been reviewed by Internal Affairs; as well as the Alameda County District Attorney's Office. Again, it was your actions in assaulting Deputy Giammalvo which prompted the use of force by Alameda County Sheriff's deputies. Therefore, no Internal Affairs investigation will be conducted.

This information has been provided to you in previous correspondence.

Attached is a copy of the Judgment in which the Court dismissed your case against Deputy Giamalvo.

If you have any further questions, please feel free to call the Internal Affairs Office at 510-208-9800.

Sincerely,

Glenn T. Melanson, Captain
Internal Affairs Unit

GTM:JG:jdm
CitzCompMiscDone07-27

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _Lazarus Ortega_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_P.O. Box 290066_
_Represa, Ca_
_95671_

On, _Feb 8th, 2008_, I served the following documents: _Amended Complaint_ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _Nothern District of California, 450 Golden Gate Ave, P.O. Box 36060 San Francisco, Ca 94102_

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _8th_ day of _Feb_, _2008_, at California State Prison at Sacramento, Represa, California.

(Signature) _____
Declarant

Indigent Inmate

LAZARUS D ORTEGA #F23334
C.S.P-SAC 1B-8-122
P.O. BOX 290066
Represa, Ca 95671

— Legal Document —

Office of THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY St., SUITE 400S
OAKLAND, CA 94612