RECEIVED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To the Honorable Sandra Brown

Dear Your Honor,

    I am the Plaintiff in case # C-07-04436-SBA, and on February 13, 2008, I filed and Amended complaint with a request to receive a free copy of the Northern District division Local Rules of Court so that I may be in compliance policy and procedure. I received my request back stating that I send the court a postage-paid self-addressed envelope with $4.60 postage on a 10x14 envelope. Your Honor I'm an Indigent Inmate and I cannot buy this envelope nor the stamps to cover this postage fee. However, I still should be able to retrieve a free copy of the Districts local rules. This is what I ask from you your Honor, if I may still receive a the districts local rules free of charge. Thank you your Honor, Plantiff is most appreciative.

Feb. 24, 2008

Sincerly,
Lazarus D. Ortega
#F23334

LAZARUS D. ORTEGA #F23334
C.S.P-SAC / B-8-223
P.O. Box 290066
Represa, Ca 95671

To the Honorable Edward Brown
Office of THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612