USM-2?    a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Dep___nt of Justice
United S___ ___arshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LAZARUS ORTEGA | CV-07-04436-SBA(PR) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GIAMALVO | Summons, Complaint and Order |

**FILED**
**JUN 19 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sheriff Deputy Giamalvo, Alameda County Sheriff's Department
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Lazarus A. Ortega, F23334<br>Folsom State Prison - Sacramento<br>P.O. Box 290066<br>Represa, CA 95671 | Number of process to be served with this Form 285: 3 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                          Fold

**ENTERED**

| Signature ... service on behalf of: JESSIE MOSLEY | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 510-637-3536 | DATE 6/5/08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 1 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk  Hima C___ | Date 6/9/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* RICK BAKER - DEPUTY SHERIFF | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 6-17-08 | Time 1130 | ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy  D. Q___ #69 | | |

| Service Fee $45.00 | Total Mileage Charges including *endeavors* $10.10 | Forwarding Fee -- | Total Charges $55.10 | Advance Deposits $0 | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: SUMMONS WAS DELIVERED TO ACSO INTERNAL AFFAIRS AT SAME ADDRESS, 7th FLOOR. SUMMONS WAS ACCEPTED BY DEPUTY RICK BAKER

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## ...STRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

LAZARUS ORTEGA
_____
Plaintiff

v.

GIAMALVO
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.     CV 07-04436 SBA(PR)

### Summons in a Civil Action

To: *(Defendant's name and address)*
    **Alameda County Sheriff's Deputy Giamalvo**
    1401 Lakeside Drive, 12th Floor
    Oakland, CA 94612

A lawsuit has been filed against you.

      Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Lazarus A. Ortega, F-23334**
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____06/05/2008_____

*Richard W. Wieking*
_____
Name of clerk of court

JESSIE MOSLEY
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on ___6/17/08___ ,
by:

    (1) personally delivering a copy of each to the individual at this place, ___Rick Baker - Dep. Sheriff___
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ ___$45.00___ for travel and $ ___$10.10___ for services, for a total of $ ___55.10___ .

Date: ___6/17/08___

___Hima___ for D. Arp
                Server's signature

HIMA CHAUDHARY - Admin-Support Asst.
                Printed name and title

Federico Rocha - U.S. Marshal
                Server's address    ND/CA