(1)

**FILED**
JUN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE #: CV07-04436-SBA

Your Honor,

On June 6th I received your June 4th, 2008 Order of Service on the cited case number above. In it Plaintiff was ordered to Amend part of the complaint on the Municipality liability on suing defendant County of Alameda. Im/Plaintiff currently working on this amendment however it will take me past the July 4th, 2008 deadline. In the Order of Service it is stated that I need to file a request for time extension 15 days prior to the established deadline which would have me/ or plaintiff file that request on the 19th. This letter is to inform the court that I do wish to file for a time extension to Amend the complaint, however, I will not make that 19th deadline for the listed following reasons.

Your Honor I/or plaintiff is in the "Hole" (Administrative Segregation) pending the completion of an investigation due to plaintiff being in the "Hole" plaintiff is only allowed two(2) hours a week in the law Library (Fridays from 8:00 am to 10:00 am). However, plaintiff has only been to law library on one occasion since time in the hole began which was on May 15th and I/plaintiff went for the first time to the law library on June 13th, 2008. I/plaintiff wrote a 602 Appeal addressing the issue. Plaintiff wishes to bring to the attention to the court that he currently has 3 other "Active" on going litigational law case tied in the courts or in one case on the way there.

Besides the fact Your Honor that plaintiff needs help from other Inmate's to proceed every stage of this civil suit including the original initation process, I also need to research how I/

(2)

plaintiff will add defendants and make the proper amended adjustment in legal context. I/plaintiff had help writing this letter and plaintiff needs to have example motions pleading forms which my law library is playing games with.

Your Honor, I probably will not have the time extension motion in by the 19th, but I will have it completed by July 4th, 2008 deadline, plaintiff Is making sincere effort to comply with court rules & regulations.

Also, your Honor, if it is possible could the court please waive the fee and send plaintiff a copy of the Northern District Federal Court of Rules.

Thank you your Honor

DATE: June 17th, 2008

Sincerly,
LAZARUS D. ORTEGA
IN PRO PERSONA
Attorney At Law



C.S.P Sacramento
Lazarus Devon ORtega #F-23334
A-5-108-Low
P.O. Box 290066
Represa Ca. 95671-0066

OFFICIAL BUSINESS

LEGAL MAIL
CONFIDENTIAL

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612