```
                                                    FILED
1  LAZARUS D. ORTEGA                               JUL -2 2008
2  PRISON I.D. # F23334                          RICHARD W. WIEKING
3  CSP-SACRAMENTO                             CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
4  P.O. BOX 290066                                    OAKLAND
5  REPRESA, CA 95671
6     IN PROPRIA PERSONA
7
8        IN THE UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 LAZARUS D. ORTEGA,        )  CASE NO. C07-04436-SBA
12          Plaintiff,       )
13 V.                        )  NOTICE OF MOTION;
14                           )  MOTION FOR EXTENSION
   DEPUTY GIAMALVO, et al,   )       OF TIME
15         Defendants.       )
16
17  TO THE COURT AND DEFENDANTS OR THEIR ATTORNEY
18    OF RECORD:
19  MOTION REQUESTING EXTENSION OF TIME TO RESPOND
20  ████████████████████████ TO COURTS ORDER to DISMISS
21  █████████ WITH LEAVE TO AMEND COMPLAINT IN PART ON
22  ALLEGED GROUNDS FOR MUNICIPAL LIABILITY AGAINST
23  DEFENDANT COUNTY OF ALAMEDA BASED ON THEORY OF
24  RESPONDEAT SUPERIOR
25
26     Plaintiff respectfully requests, pursuant to Fed.
27  R.Civ.P. 6(b), an order extending the time to respond
28
                        (1)
```

to courts order to Dismiss with leave to Amend complaint in part on Alleged grounds for Municipal Liability against Defendant County of Alameda based on THEORY OF RESPONDEAT SUPERIOR to August 4th, 2008.

This Motion is on the grounds that:

1. Plaintiff, who is representing himself on a pro se basis, is allowed access to the prison law library only 2(two) hours a/or per week which prevents him from completing the necessary legal research required to respond to the courts Order within the Order of Service received by Plaintiff on June 6th, 2008.

2. Plaintiff, has shown diligence to prosecute this case in court and up to current motion. Plaintiff, relies heavily on the help of other legally experienced Prison Inmates to prosecute this case.

Respectfully submitted this 30th day of June, 2008

By: _____

LAZARUS D. ORTEGA
IN PROPRIA PERSONA
ATTORNEY AT LAW

(2)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAZARUS O. ORTEGA
Petitioner,
v.
DEPUTY GIAMALVO
Respondent

Case No: C-07-04436-SBA

PROOF OF SERVICE

I the undersigned, here by certify that I am over the age of eighteen years, and I (am) (am not) a party to the above entitled action.

On June 30th, 2008, I served a copy of: Motion to the Court asking/Requesting Time Extension

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1. Office of the Clerk U.S. District Court
Northern District of California
1301 CLAY St., Suite 400S
OAKLAND, CA 94612

2.

I declare under the penalty of perjury that the foregoing is true and correct.

(Signature) _____
Declarant