Lazarus D. Ortega #E23334
CSP-SAC
P.O. Box 290066
Represa, Ca 95671

Legal Mail
Confidential

Office of the Clerk U.S. District Ct.
Northern District of California
1301 Clay St., Suite 400S
Oakland, Ca 94612



UNITED STATES POSTAGE
$00.42°
JUL 01 2008
MAILED FROM ZIPCODE 95670