IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS ORTEGA,<br><br>          Plaintiff,<br><br>    v.<br><br>DEPUTY GIAMALVO,<br><br>          Defendant.<br> _____ / | No. C 07-04436 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AN AMENDMENT TO THE COMPLAINT** |

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. On June 3, 2008, the Court issued an Order in which Plaintiff was directed to amend his claims based on municipal liability against Defendant County of Alameda within thirty days. He was directed to file his amendment to the complaint within the thirty-day deadline, and that the failure to do so would result in dismissal of the claims against this Defendant without prejudice.

Before the Court is Plaintiff's request for an extension of time to file his amendment to the complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amendment to the complaint no later than **thirty (30) days** from the date of this Order. Plaintiff may amend only the claims against the aforementioned Defendant and not the entire complaint. He must clearly label the document an "Amendment to the Complaint," and write in the case number for this action, Case No. C 07-04436 SBA (PR). The failure to do so on or by the thirty-day deadline will result in the dismissal of the claims against the aforementioned Defendant without prejudice.

This Order terminates Docket no. 10.

IT IS SO ORDERED.

DATED: 7/17/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Ortega4436.EOT-AC.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

   Plaintiff,

 v.

ALAMEDA COUNTY SHERIFF DEPUTY et al,

   Defendant.

Case Number: CV07-04436 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazarus A. Ortega F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

Dated: July 17, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Ortega4436.EOT-AC.wpd 2